4

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

SEP 0 1 1998

Michael N. Milby
Clerk of Court

Paul N Apell, In Personam          §
                                    §
                                    §
versus                              §     CIVIL ACTION  B 98-99
                                    §
F/V Captain Kerry                   §
                                    §
                                    §

United States District Court
Southern District of Texas
ENTERED

SEP 0 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

Order

The reference to the magistrate judge is withdrawn and this case is returned to the

docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on ___September 1___, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge