8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL H. SPELL, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| F/V CAPTAIN KENNY, Official | § | CIVIL ACTION NO. B-98-99 |
| No. 583095, her engines, nets, | § | |
| tackle, apparel, and furniture, | § | |
| in rem, and SEA HARBOR | § | |
| FISHERIES, INC., in personam, | § | |
| Defendants | § | |

## ORDER SETTING HEARING ON
## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

CAME ON TO BE CONSIDERED on the 5 day of April, 1999, the Plaintiff's

Motion for Entry of Default Judgment, and the Court having considered said motion is of the

opinion that a hearing should be held on the motion. It is therefore,

ORDERED that Plaintiff's Motion for Entry of Default Judgment be and it is hereby set

for hearing on the 13th day of April, 1999, at 1:00 o'clock p.m.

_____
Judge Presiding