IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 13 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PAUL H. SPELL, § | |
|     Plaintiff, § | |
| § | |
| VS. § | |
| § | |
| F/V CAPTAIN KENNY, Official § | CIVIL ACTION NO. B-98-99 |
| No. 583095, her engines, nets, § | |
| tackle, apparel, and furniture, § | |
| in rem, and SEA HARBOR § | |
| FISHERIES, INC., in personam, § | |
|     Defendants § | |

## DEFAULT JUDGMENT

CAME ON TO BE CONSIDERED on the 13 day of April, 1999, the Plaintiff's Motion for Entry of Default Judgment against the Defendant, Sea Harbor Fisheries, Inc., *in personam*. This Court notes that the Defendant, Sea Harbor Fisheries, Inc., was properly served by serving its registered agent, Elvia Perez, and that service was effected upon said Defendant on July 9, 1998 and July 10, 1998. This Court further finds that the Defendant, Sea Harbor Fisheries, Inc., has failed to make an appearance or otherwise answer in this lawsuit, and that said Defendant is therefore in default. It is therefore,

ORDERED, that a Default Judgment be and is hereby granted against the Defendant, Sea Harbor Fisheries, Inc., in the principal amount of TEN THOUSAND EIGHT HUNDRED NINETY-NINE and 96/100 DOLLARS ($10,899.96), together with interest in the amount of FOUR THOUSAND SEVEN HUNDRED SIXTY-SIX and 49/100 DOLLARS ($4,766.49) as of

March 27, 1999, which interest continues to accrue at the rate of FIVE and 38/100 DOLLARS ($5.38) per day. It is further,

ORDERED, that Plaintiff is entitled to recover its reasonable attorneys' fees in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS ($2,500.00).

Execution shall issue for the enforcement of this judgment.

DONE at Brownsville, Texas this 13 day of April, 1999.

_____
Hon. Hilda Tagle
United States Magistrate Judge